IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No.  1:20-cv-00525-NLH-JS |
| HANKOOK TIRE AMERICA CORPORATION, | ) DEMAND FOR JURY TRIAL |
| *Defendants*. | ) |

**PLAINTIFF SYMBOLOGY INNOVATION, LLC'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses WITHOUT prejudice all claims by Plaintiff against Defendant Hankook Tire America Corporation. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 29, 2020                    Respectfully submitted,

/s/ Stamatios Stamoulis
STAMATIOS STAMOULIS (#4606)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
Stamoulis@swdelaw.com

KIRK. J. ANDERSON (CA SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

SO ORDERED.

Dated: _____                     _____
                                                                         Hon. Noel L. Hillman
                                                                         U.S. District Judge

### CERTIFICATE OF SERVICE

The undersigned hereby certifies all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 29th day of July, 2020.

                                                        */s/   Stamatios Stamoulis*
                                                        Stamatios Stamoulis